UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| ESTATE OF EDWARD RUSSELL, JR., Deceased, by ANITA JOHNSON, Independent Administrator, | ) ) ) ) | |
| Plaintiff, | ) ) | No. 18 C 1220 |
| v. | ) ) | Judge Joe Billy McDade |
| CITY OF PEORIA, City of Peoria Police Sergeant MATTHEW LANE, Peoria Police Officers SEAN JOHNSTON, CHRISTOPHER HEATON, TYLER HODGES, JASON LEIGH, and IAN McDOWELL, | ) ) ) ) ) ) ) | Magistrate Judge Jonathan E. Hawley |
| Defendants. | ) | |

**PLAINTIFF'S MOTION TO DISMISS**

Plaintiff, Anita Johnson, pursuant to Rule 41(a)(2), hereby requests this Court dismiss this action, without prejudice, with each party bearing their own costs and fees.

Respectfully submitted,

/s/ Amanda S. Yarusso
Counsel for Plaintiff

Andrew M. Stroth
Carlton Odim
Amanda S. Yarusso
ACTION INJURY LAW GROUP, LLC
191 N. Wacker Drive, Suite 2300
Chicago, Illinois 60606

Amanda S. Yarusso
Tel (Direct): (773) 510-6198
amanda@actioninjurylawgroup.com

1

**CERTIFICATE OF SERVICE**

On August 8, 2019, I filed the foregoing document via the Court's Electronic Filing System for the Central District of Illinois, thereby causing electronic service on all parties of record by their counsel.

/s/ Amanda S. Yarusso