E-FILED
Friday, 22 November, 2019  12:39:26 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | | |
|---|---|---|
| ESTATE OF EDWARD RUSSELL, JR., | ) | |
| Deceased, by ANITA JOHNSON, | ) | |
| Independent Administrator, | ) | |
| | ) | |
| Plaintiff, | ) | No. 18 C 1220 |
| | ) | |
| v. | ) | Judge Joe Billy McDade |
| | ) | |
| CITY OF PEORIA, City of Peoria Police | ) | Magistrate Judge Jonathan E. Hawley |
| Sergeant MATTHEW LANE, Peoria | ) | |
| Police Officers SEAN JOHNSTON, | ) | |
| CHRISTOPHER HEATON, TYLER | ) | |
| HODGES, JASON LEIGH, and | ) | |
| IAN McDOWELL, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S RENEWED MOTION TO WITHDRAW ATTORNEY APPEARANCES**

Plaintiff, Anita Johnson, through her attorneys, hereby requests leave for her current attorneys to withdraw their appearances.

1.     On September 9, 2019, Plaintiff's attorneys, Andrew Stroth and Amanda Yarusso, sought leave to withdraw their appearances as attorneys for Plaintiff due to irreconcilable differences. Disclosure of the communications between Plaintiff and attorneys Stroth and Yarusso would reveal attorney-client privileged communications. In that motion, Plaintiff requested 60 days for new counsel to file their appearance and extension of the case deadlines to be set when new counsel files their appearance.

2.     On September 10, 2019, Magistrate Judge Hawley granted in part and denied in part Plaintiff's motion, allowing for the renewal of the motion upon the appearance of new counsel. The Court allowed until November 12, 2019, for new counsel to file their appearance.

The Order also stated: "Deadlines will be reset, as necessary, upon the appearance of new counsel."

3.      Plaintiff's attorneys bring this motion renewing their request to withdraw the appearances of Andrew Stroth and Amanda Yarusso. Plaintiff has been seeking new counsel but has not yet retained new counsel. Plaintiff requests an additional 60 days for new counsel to file their appearance.

4.      In the meantime, Plaintiff's contact information for communications with the Court and Defendants is: Anita Johnson, 207 East Melbourne Avenue, Peoria, Illinois, 61603, 309-648-5429, anitajj181@gmail.com.

5.      The Court has set a scheduling conference for December 13, 2019, at 10:30 a.m. and has directed the parties to submit a proposed scheduling order on December 10, 2019. Plaintiff Anita Johnson plans to participate in the scheduling conference and can be contacted at the number provided above.

6.      Plaintiff Anita Johnson reviewed this motion prior to its filing and is in agreement with the contents.

WHEREFORE, Plaintiff requests the Court grant Andrew Stroth and Amanda Yarusso leave to withdraw their appearances and set a scheduling conference for the purpose of resetting deadlines in the case.

Respectfully submitted,


/s/ Andrew M. Stroth
Counsel for Plaintiff

Andrew M. Stroth
Carlton Odim
Amanda S. Yarusso

ACTION INJURY LAW GROUP, LLC
191 N. Wacker Drive, Suite 2300
Chicago, Illinois 60606
Tel: 312-771-2444

**CERTIFICATE OF SERVICE**

On November 22, 2019, I filed the foregoing document via the Court's Electronic Filing System for the Central District of Illinois, thereby causing electronic service on all parties of record by their counsel. I also emailed Anita Johnson a copy of this motion before and after filing.

<u>/s/ Andrew M. Stroth</u>